UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT MUNICIPAL ELECTRIC ENERGY COOPERATIVE,<br><br>*Plaintiff*,<br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>*Defendant*. | Civil No. 3:19cv839 (JBA)<br><br>March 29, 2023 |

### ORDER OF ADMINISTRATIVE DISMISSAL

Inasmuch as trial on the remaining issues in this case cannot be conducted until the conclusion of *United States v. Rankin et al*, 18-cr-272 and *United States v. Sullivan and Rankin*, 18-cr-273, for which there is no immediately ascertainable final date, this matter will be administratively dismissed with the right of either party to move to reinstate on the active docket within thirty days of the final disposition of the above criminal cases.

The Clerk is directed to close this case.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut on March 29, 2023.